## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. _12-20214  MI_ |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 18 USC § 2422(b) |
| | ) | 18 USC § 2252(a)(4)(B) |
| | ) | 18 USC § 2253 |
| | ) | |
| DERICK SHANE HUNDLEY | ) | |
| | ) | |
| Defendant. | ) | |

# I N D I C T M E N T

**THE GRAND JURY CHARGES:**

### COUNT 1

Between or about July 14, 2012 and on or about July 16, 2012, in the Western

District of Tennessee, the defendant

---------------------------------- **DERICK SHANE HUNDLEY** ----------------------------------------

using, and causing to be used, a facility and means of interstate commerce, that is, a

cellular telephone, over an interstate telephone system, knowingly attempted to

persuade, induce, entice, and coerce C.W., a minor female the defendant then knew to

be under the age of eighteen (18) years, to engage in sexual activity, that is, oral sexual

intercourse; such sexual activity then constituting a prosecutable criminal offense under

Tennessee Code Annotated, Section 39-13-504 and Section 39-13-522; all in violation

of Title 18, United States Code, Section 2422(b).

## COUNT 2

Between on or about February 17, 2010 and on or about July 20, 2012, in the Western District of Tennessee, the defendant

----------------------------------- **DERICK SHANE HUNDLEY** -----------------------------------

knowingly possessed items, that is One (1) Western Digital external hard drive, Serial Number WMANK6032935 and One (1) Verizon Casio Commando Cellular Telephone, Serial Number 5569481, which then contained visual depictions (computer image files), which included the computer image files designated "9yo Jenny nude with legs spread wide apart showing pussy - underage lolita r_ygold pthc ptsc ddogprn pedo young child sex preteen hussyfan kiddie kiddy porn(1)"; "pictures from ranchi torpedo dloaded in 2009- pedo kdv kidzilla pthc toddlers 0yo 1yo 2yo 3yo 4yo 5yo 6yo 9yo tara babyj (19)"; "pictures from ranchi torpedo dloaded in 2009- pedo kdv kidzilla pthc toddlers 0yo 1yo 2yo 3yo 4yo 5yo 6yo 9yo tara babyj (23)(1)"; "pictures from ranchi torpedo dloaded in 2009- pedo kdv kidzilla pthc toddlers 0yo 1yo 2yo 3yo 4yo 5yo 6yo 9yo tara babyj (36)"; "pictures from ranchi torpedo dloaded in 2009- pedo kdv kidzilla pthc toddlers 0yo 1yo 2yo 3yo 4yo 5yo 6yo 9yo tara babyj (38)"; "pictures from ranchi torpedo dloaded in 2009- pedo kdv kidzilla pthc toddlers 0yo 1yo 2yo 3yo 4yo 5yo 6yo 9yo tara babyj (43)"; "pictures from ranchi torpedo dloaded in 2009- pedo kdv kidzilla pthc toddlers 0yo 1yo 2yo 3yo 4yo 5yo 6yo 9yo tara babyj (54)(1)"; "pictures from ranchi torpedo dloaded in 2009- pedo kdv kidzilla pthc toddlers 0yo 1yo 2yo 3yo 4yo 5yo 6yo 9yo tara babyj (57)"; "pictures from ranchi torpedo dloaded in 2009- pedo kdv kidzilla pthc toddlers 0yo 1yo 2yo 3yo 4yo 5yo 6yo 9yo tara babyj (102)(1)(2)(2)(1)";  ".thumbdata3—

1967290299_embedded_354.jpg"; each said visual depiction was produced using materials which had been shipped and transported in interstate commerce; the production of each said visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), and each said visual depiction is of such conduct; all in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## NOTICE OF INTENT TO SEEK FORFEITURE

1.      The allegations contained in Counts 1 and 2 of this Indictment are incorporated by reference as if fully set forth herein.

2.      Upon conviction for violating Title 18, United States Code, Section 2252, the defendant, **DERICK SHANE HUNDLEY,** shall forfeit to the United States any and all right, title, and interest he has in:

(a)  any visual depiction described in Section 2252 of Title 18 United States Code, and any book, magazine, periodical, film, videotape, and other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of the above-said statute;

(b)   any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the above-said offenses; and

(c)  any property, real or personal, used or intended to be used to commit or to promote the commission of the above-said offenses, including but not limited to the following:

One (1) Western Digital external hard drive, Serial Number WMANK6032935

One (1) Verizon Casio Commando Cellular Telephone, Serial Number 5569481

All pursuant to Title 18 United States Code, Section 2253.

**A TRUE BILL:**

s/ Grand Jury Foreperson

**FOREPERSON**

_Michelle L. Kulil-Palo_
for **EDWARD L. STANTON, III**
**UNITED STATES ATTORNEY**

_August 28, 2012_
**DATE**