**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| | * | |
| **UNITED STATES OF AMERICA,** | | |
| | * | |
| **Plaintiff,** | | |
| | * | |
| **vs.** | | **Criminal No.  12-20214-JPM** |
| | * | |
| **DERICK SHANE HUNDLEY** | * | |
| **Defendant.** | * | |

**POSITION OF THE UNITED STATES WITH RESPECT TO
PRESENTENCE INVESTIGATIVE REPORT ON DEFENDANT**

Comes now the United States of America, by and through the United States Attorney for the Western District of Tennessee and his duly authorized Assistant, Dan L. Newsom, and would respectfully state to this Honorable Court as follows:

The United States has previously received and reviewed the presentence investigative report as to DERICK SHANE HUNDLEY.   The United States has no objection to said report as written.

Respectfully submitted,

EDWARD L. STANTON, III
United States Attorney


s/ Dan L. Newsom
Senior Litigation Counsel

## CERTIFICATE OF SERVICE

I, Dan L. Newsom, Assistant United States Attorney, do hereby certify that a copy of the foregoing Position Paper was forwarded by electronic means, via the Court's Electronic Filing System, and by email, to William Joshua Morrow, Attorney for the Defendant, 225 Mahr Avenue, P.O. Box 399, Lawrenceburg, Tennessee 38464.

This 28th Day of March, 2013.

/s/  Dan L. Newsom
Senior Litigation Counsel